IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIM KNOTT,

    Plaintiff,

v.                        Docket No. 1:13-CV-5 KG/GBW

KTM WWG, LLC, ADVANCE CONCEPT
CONSTRUCTION, LLC, & KURT BOWKER,
individually,

    Defendants.

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

The Court having considered Bingham, Hurst & Apodaca, P.C.'S (Wayne E. Bingham) Unopposed Motion to Withdraw as counsel for Defendants Advance Concept Construction, LLC and Kurt Bowker, and finding that the motion is well taken, HEREBY GRANTS the Motion and ORDERS as follows:

1. Bingham, Hurst & Apodaca, P.C. is allowed to withdraw as legal counsel for Defendants Advance Concept Construction, LLC AND Kurt Bowker.

2. Advance Concept Construction, LLC will find new legal counsel no later than 20 days from entry of this Order. New legal counsel will enter an appearance on behalf of Advance Concept Construction, LLC.

3. Kurt Bowker will find new legal counsel no later than 20 days from entry of this Order. New legal counsel will enter an appearance on behalf of Kurt Bowker. Alternatively, Kurt Bowker will enter an appearance *pro se* no later than 20 days from entry of this Order.

Failure on the part of Advance Concept Construction, LLC and Kurt Bowker to comply with this Order may result in a default judgment being taken against them or the issuance of sanctions against them.

_____
UNITED STATES DISTRICT JUDGE

Counsel and parties entitled to notice:

BINGHAM, HURST & APODACA, P.C.
Wayne E. Bingham
2420 Comanche Rd., NE, Ste. H-6
Albuquerque, NM  87107
wbingham@binghamhurst.com

MOODY & WARNER, P.C.
Repps Stanford
4169 Montgomery Blvd., NE
Albuquerque, NM  87109
stanford@nmlaborlaw.com

Anne Bowker
6627 Mossman Place, N.E.
Albuquerque, New Mexico  87110
anne_bowker@advanceconceptgroup.com

Kurt Bowker
74 Martin Lane
Moriarty, New Mexico  87035
kurt_bowker@advanceconceptgroup.com