IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM KNOTT,

    Plaintiff,

vs.                                                                 No. CIV-13-0005 KG/GBW

KTM WWG, LLC., ADVANCE
CONCEPT CONSTRUCTION, LLC., &
KURT BOWKER, *individually*,

    Defendants.

## ORDER

    This matter comes before the Court *sua sponte*. On November 10, 2014, the Court held a Pretrial Conference in this case. Present at the hearing were Repps D. Stanford and Alice Kilborn, counsel for Plaintiff, and Dan A. Ribble, counsel for Defendants Advance Concept Construction, LLC, and Kurt Bowker. Defendant KTM WWG, LLC, did not attend the hearing and was not represented by counsel. Pursuant to the Court's orders on the record,

    IT IS, THEREFORE, ORDERED that

    1. Plaintiff must file a Motion for Default Judgment as to Defendant KTM WWG, LLC, on or before November 14, 2014;

    2. Defendant KTM WWG, LLC, must file a response to Plaintiff's Motion for Default Judgment on or before November 21, 2014;

    3. Exhibit lists, witness lists, Motions in *Limine*, and *Daubert* Motions are due by November 25, 2014;

    4. Plaintiff may file a reply Motion for Default Judgment on or before November 26, 2014;

    5. Call of the Calendar is set for December 3, 2014, at 11:00 a.m. in Las Cruces, New

Mexico – counsel may participate via tele-conference by calling: 505-348-2354.

6. Objections to items on the exhibit lists and witness lists are due by December 5, 2014;

7. Responses to Motions in *Limine* and *Daubert* Motions are due by December 5, 2014. Reply motions are not permitted;

8. Deposition testimony designations are due by December 5, 2014;

9. Proposed findings of fact and conclusions of law are by December 5, 2014;

10. Trial briefs are due by December 8, 2014;

11. Objections to use of deposition testimony are due by December 10, 2014;

12. Final Pretrial Conference is set for December 15, 2014, at 8:30 a.m. in Albuquerque, New Mexico – 320 Rio Grande Courtroom; and

13. The Bench Trial will commence immediately following the Final Pretrial Conference on December 15, 2014.

_____
UNITED STATES DISTRICT JUDGE