IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM KNOTT,

    Plaintiff,

vs.                                                       No. CIV-13-0005 KG/GBW

KTM WWG, LLC., ADVANCE
CONCEPT CONSTRUCTION, LLC., &
KURT BOWKER, *individually*,

    Defendants.

## ORDER TO SHOW CAUSE

On October 20, 2014, the Court set a pretrial conference for Monday, November 10, 2014, at 10:00 a.m. in Albuquerque, New Mexico. Attorneys for Plaintiff appeared on time; Dan Ribble, attorney for Defendants' Advance Concept Construction, LLC. and Kurt Bowker, did not arrive until 10:17 a.m. while Court was already in session.

THEREFORE, this Court orders Dan Ribble to appear in person at the United States Courthouse, 333 Lomas Blvd. NW, 3rd Floor Rio Grande Courtroom, in Albuquerque, New Mexico, on Friday, December 5, 2014, at 10:00 a.m., to show cause why he should not be sanctioned for being late to court on November 10, 2014. Counsel for Plaintiff are not required to attend.

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE