IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIM KNOTT,

    Plaintiff,

vs.                                NO.  CV- 13-5 KG/GBW

KTM WWG, LLC., ADVANCE
CONCEPT CONSTRUCTION, LLC., &
KURT BOWKER, INDIVIDUALLY,

    Defendants.

## DEFAULT JUDGMENT AGAINST DEFENDANT KTM WWG, LLC.

This Matter having come before the Court on Plaintiff Jim Knott's Motion for Entry of Default Judgment Against Defendant KTM WWG, LLC., and the Court having been fully advised, finds that the Motion for Default Judgment is well taken.

    1.    Plaintiff's Motion for Entry of Default Judgment Against Defendant KTM WWG, LLC., is hereby GRANTED.

    2.    Defendant KTM WWG, LLC., is hereby adjudged liable to Plaintiff Jim Knott on all claims contained with the Complaint including failure to pay wages and retaliation in violation of the New Mexico Minimum Wage Act (NMMWA) NMSA § 50-4-19 et seq. and the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

IT IS SO ORDERED.

                                              UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*/s/ Alice Kilborn 11/14/2014*
    Repps D. Stanford
    Alice P. Kilborn
*Attorneys for Plaintiffs*