IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM KNOTT,

    Plaintiff,

vs.                                                       No. CIV-13-0005 KG/GBW

KTM WWG, LLC., ADVANCE
CONCEPT CONSTRUCTION, LLC., &
KURT BOWKER, *individually*,

    Defendants.

## AMENDED
## ORDER TO SHOW CAUSE

On October 20, 2014, the Court set a pretrial conference for Monday, November 10, 2014, at 10:00 a.m. in Albuquerque, New Mexico. Attorneys for Plaintiff appeared on time; Dan Ribble, attorney for Defendants' Advance Concept Construction, LLC. and Kurt Bowker, did not arrive until 10:17 a.m. while Court was already in session.

THEREFORE, this Court orders Dan Ribble to appear in person at the United States Courthouse, 333 Lomas Blvd. NW, **5th Floor Bonito Courtroom**, in Albuquerque, New Mexico, on Friday, December 5, 2014, at **11:30 a.m.**, to show cause why he should not be sanctioned for being late to court on November 10, 2014. Counsel for Plaintiff are not required to attend.

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE