IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM KNOTT,

    Plaintiff,

vs.                                                                                                     No. CIV-13-0005 KG/GBW

KTM WWG, LLC., ADVANCE
CONCEPT CONSTRUCTION, LLC., &
KURT BOWKER, *individually*,

    Defendants.

## ORDER TO SHOW CAUSE

On May 15, 2014, the Court ordered Defendants to pay attorney's fees to Plaintiff in the amount of $1,203.75 (Doc. 58).  On November 10, 2014, the Court ordered the attorney's fees due to Plaintiff in the amount of $1,203.75 be paid no later than November 30, 2014.  To date the attorney's fees have not been paid to Plaintiff.

THEREFORE, this Court orders Dan Ribble to appear in person at the United States Courthouse, 333 Lomas Blvd. NW, **3rd Floor Rio Grande Courtroom**, on Friday, January 9, 2015, at **9:00 a.m.**, to show cause why he should not be sanctioned for not abiding by the Court's orders.  Counsel for Plaintiff are not required to attend.

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE