*THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF NEW MEXICO*

JIM KNOTT,

     Plaintiff,

v.                           Docket No. 1:13-CV-5 KG/GBW

KTM WWG, LLC, ADVANCE CONCEPT
CONSTRUCTION, LLC & KURT BOWKER,
Individually,

     Defendants.

**ORDER GRANTING UNOPPOSED**
**MOTION TO WITHDRAWAL AS COUNSEL OF RECORD**

     This matter comes before the Court upon Defendants' unopposed Amended Motion to

Withdraw as Counsel of Record (Doc. 103).  The Court having considered Defendants' motion,

and being otherwise fully informed, finds that Defendants' Motion to Withdraw should be

granted.

     IT IS ORDERED, ADJUDGED AND DECREED that Defendants' counsel of record,

Dan A. Ribble, is granted his withdrawal from this matter.

_____
UNITED STATES DISTRICT JUDGE